Allen R. Vaught
(admitted *pro hac vice*)
avaught@baronbudd.com
BARON & BUDD, P.C.
3102 Oak Lawn Ave, Suite 1100
Dallas, TX 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181

Robert P. Kondras, Jr.
(admitted *pro hac vice*)
kondras@huntlawfirm.net
HUNT, HASSLER & LORENZ LLP
100 Cherry Street
Terre Haute, IN 47807
Telephone: (812) 232-9691
Facsimile: (812) 234-2881

Jahan C. Sagafi
(Cal. Bar No. 224887)
jsagafi@outtengolden.com
Katrina L. Eiland
(Cal. Bar No. 275701)
keiland@outtengolden.com
OUTTEN & GOLDEN LLP
One Embarcadero Center
38th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810

*Counsel for Plaintiffs and the Conditionally Certified FLSA Collective*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| MELISSA LILLEHAGEN *et al.*, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALORICA, INC.,<br><br>Defendant. | Case No. 13-cv-00092-DOC(JPRx)<br><br>**STIPULATION REGARDING PLAINTIFFS' ADDITIONAL EVIDENCE AND ALORICA'S OBJECTIONS**<br><br>Judge: Hon. David O. Carter<br><br>Date: November 17, 2014<br>Time: 8:30 a.m.<br>Courtroom: 9D<br><br>Trial: January 27, 2015 |

This Stipulation is entered into by and between Plaintiffs and Defendant Alorica, Inc. ("Alorica"), by and through their respective counsel of record. This Stipulation is made in consideration of the following facts and circumstances:

WHEREAS, Plaintiffs have moved for partial summary judgment (Plaintiffs' opening brief (Dkt. No. 159) filed on September 23, 2014, Alorica's opposition (Dkt. No. 172) filed on October 6, 2014, and Plaintiffs' reply (Dkt. No. 191) filed on October 14, 2014);

WHEREAS, Alorica has moved for summary judgment (Alorica's opening brief (Dkt. No. 135) filed on September 22, 2014, Plaintiffs' opposition (Dkt. No. 185) filed on October 6, 2014, and Alorica's reply (Dkt. No. 193) filed on October 14, 2014);

WHEREAS, Alorica has moved for decertification of the FLSA collective (Alorica's opening brief (Dkt. No. 138) filed on September 22, 2014, Plaintiffs' opposition (Dkt. No. 184) filed on October 6, 2014, and Alorica's reply (Dkt. No. 194) filed on October 14, 2014);

WHEREAS, the Court has set a hearing on these three motions for this Monday, November, 17, 2014, at 8:30 a.m.;

WHEREAS, Plaintiffs moved to compel production of certain documents, and, on September 25, 2014, Magistrate Judge Rosenbluth ordered Alorica to produce certain documents (Dkt. No. 156);

WHEREAS, on October 20, 2014, Alorica produced 574 pages of documents, including an email conversation between Paula Ford, Thomas Oare, Anne Romagnino and Judeanne Fado, spanning August 7, 2012 to August 8, 2012, Bates stamped ALOR D 0000182-185, a true and correct copy of which is attached hereto as Exhibit A;

WHEREAS, the parties agree that on this one occasion Plaintiffs may submit Exhibit A for the Court's consideration along with Plaintiffs' argument explaining their basis for submitting it, which argument is attached hereto as Exhibit B; and

WHEREAS, the parties agree that Alorica may submit its argument and evidentiary objections in response to Exhibit B, which argument and evidentiary objections are attached hereto as Exhibit C.

IT IS THEREFORE STIPULATED AND AGREED:

The late-produced evidence is hereby presented to the Court on this one occasion for its consideration by agreement of the parties.

Dated: November 11, 2014       BARON & BUDD, P.C.

BY: /s/ Allen Vaught
Allen R. Vaught (admitted *Pro Hac Vice*)
avaught@baronbudd.com
BARON & BUDD, P.C.
3102 Oak Lawn Ave, Suite 1100
Dallas, TX 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181

Jahan C. Sagafi
(Cal. Bar No. 224887)
jsagafi@outtengolden.com
Katrina L. Eiland
(Cal. Bar No. 275701)
keiland@outtengolden.com
OUTTEN & GOLDEN LLP
One Embarcadero Center
38th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810

Robert P. Kondras, Jr. (admitted *Pro Hac Vice)*
kondras@huntlawfirm.net
HUNT, HASSLER & LORENZ LLP
100 Cherry Street

| | |
|---|---|
| | Terre Haute, Indiana 47807<br>Telephone: (812) 232-9691<br>Facsimile: (812) 234-2881 |
| | ATTORNEYS FOR PLAINTIFFS |
| Dated: November 11, 2014 | ERVIN COHEN & JESSUP, LLP<br>  Robert M. Waxman<br>  David N. Tarlow<br>  John W. Shenk |
| | By: /s/<br>  Robert M. Waxman<br>  Attorneys for Defendant Alorica, Inc. |

<u>Local Rule 5-4.3.4 Attestation</u>

    I attest that counsel for Plaintiffs and Alorica concur in this filing's content and have authorized the filing.

DATED:  November 11, 2014        BARON & BUDD, P.C.

                                            BY: <u>/s/ Allen Vaught</u>
                                                 Allen R. Vaught (admitted *Pro Hac Vice*)