1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MELISSA LILLEHAGEN *et al.*, on behalf of themselves and all those similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>ALORICA, INC.,<br><br>        Defendant. | Case No. 8:13-cv-00092-DOC (JPRx)<br><br>Assigned to:<br>Hon. David O. Carter<br><br>[PROPOSED] ORDER RE PROPOSED INTERVENOR'S MOTION AND PRELIMINARY APPROVAL OF CLASS SETTLEMENT [259] |

# **ORDER**

The joint stipulation signed by counsel for Plaintiffs, Defendant, and the Proposed Intervenor on May 26, 2016 is so ordered.

DATED:  May 31 , 2016

_____
The Hon. David O. Carter